UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIN BURCA, | ) | Case No. 21cv0979 L JLB |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING JOINT MOTION TO DISMISS |
| MERRICK GARLAND, Attorney General, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Having considered the parties' Joint Motion to Dismiss and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that the complaint is **DISMISSED** without prejudice.[1] Each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
Hon. M. James Lorenz
United States District Judge

---

[1] The parties' joint motion did not indicate whether they agreed to dismiss the action with or without prejudice. (*See* ECF 11). But their proposed order included language that the dismissal was without prejudice. *See also* Fed. R. Civ. P. 41(a)(1) ("unless the notice or stipulation states otherwise, the dismissal is without prejudice.")